# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| <u>Paulette A. Williams</u> **Petitioner,** *Pro Se* ) <br> *Plaintiff(s)* ) <br> ) <br> V. ) <br> ) <br> ) <br> <u>Megan Brennan</u> *et al* **Respondent** ) <br> *Defendant(s)* | **Civil Case No: 17-1285 (RDM)** |

## PLAINTIFFS' OPPOSITION TO DEFENDANT'S MOTION TO DISMISS AMENDED COMPLAINT

Defendants, Pamela Richardson, Romanah V. Nestor, Vance Zimmerman & Annette August-Taylor have filed a Motion to Dismiss ("Motion") based on Federal Rule of Civil Procedure 12(b)(6). (Doc. 21-1.) Plaintiff respectfully opposes the Motion. Their attorney used as argument **A. <u>Plaintiff Should Not Be Allowed To Amend Her Complaint Through Her Oppositions To The Motions To Dismiss.</u>**

Of course I'm no legal scholar, and I have absolutely no likely idea what all the attorney is claiming I did wrong, but accusing me of outlandish wrongdoing on purpose is terribly ridiculous. Perhaps I filed things incorrectly or maybe at the wrong times, but I'm an honest person and I don't particularly know what "skirt the Federal Rules of Civil Procedure" means, but it just sounds horrible, and I know it's something I would never intentionally do. Yes, I admittedly messed up on my amended complaint, and I've already asked Judge Moss for a

1

chance to fix that. So, in that case, No do not dismiss my case... a lot of bad things happened to me, and are still happening to me, how could anyone in their right mind defend people like them, and actually ask the Honorable Courts to turn the blind eye and deaf ear to it all??? No No No No, please do not dismiss this case, I'm trying so hard here, and once I'm allowed the chance to redo my amended complaint all the claims will be in order correctly. I have tons of factual evidence against each individual who harmed and hurt me, that does not have to be revealed until discovery is mandatory. The attorney made some type of joke at the end about my moving/EVICTION papers. Judge Moss, I feel offended by this remark, as it had no place in this portion of the statement, it was moreso a low-blow or shot thrown at me, in a disrespectful manner or rather demeaning at its finest.

Their attorney used as argument **B. <u>Dismissal Should Be With Prejudice Because Individual Union Officers Cannot Be Held Liable for Breach of Duty of Fair Representation.</u>** This attorney only represents 4 of the 18 defendants I have a case against, but is requesting my whole case be dismissed, I could see if they were merely stating, "With respect to my client(s)". However, that's not the case, and it's got my mind boggled, like why try to sabotage everything I've gone through so much to try to keep alive, on the strength of parties you don't even represent, opposed to seeing that your 4 are in the safe zone and moving along?!?!? Nonetheless, Judge Moss, Please don't dismiss my case, especially not with prejudice, I may not be able to get everything right the first time, but I'll study and then study again until I perfect it. The attorney is telling me all the reasons why I can't sue them under a DFR claim nor in an individual capacity, because they can't be held liable; it's crazy that it has to be this way period, when somebody way back when should've and could've told me how to get before an arbitrator, that's all I ever

wanted then, but now it's better to be before a collection of my peers and unbiased Judge. Well, now at the end of **part B** the attorney does make reference to the fact that they're basically seeking the dismissal against those defendants listed above. But, they're all crucial parties; August-Taylor & Nestor for sure for sure, so I need to be able to question them Judge Moss. Richardson and Zimmerman could have prevented my hospital stay, this court case, my unfortunate eviction; had they told me how to return the check, and get set back up for arbitration, but they both laughed at my demise and refused help, so keep them as well for the jury.

Their attorney used as argument C. **Leave To Amend To Sue The APWU Should Not Be Granted Because It Would Be Futile.**

The attorney keeps referring to my claims as a DFR claim, not exactly sure what it is, but whatever it is, it does not mean that I should not be given a chance to amend my amended complaint, just because one attorney feels I shouldn't be able to. He's not aware of all the documents I have against his clients, that will show that they did not even attempt to represent me correctly, and just allowed anything to happen to me, without any real fight whatsoever.

1. **The facts do not rise to the standard necessary to support a DFR claim.**

There was no *fair representation* are you kidding me??? It sat for nearly 2 years, then I got a lil measly ol check, where was the good faith in that,,, there was no contact in the interim or nothing. It was clearly *bad faith* I slept in a car for months for Heaven's sake, that should have been put in front of an arbitrator no doubt… and yes Judge Moss will see that this was highly irrational and the worst form of negligence beyond the breach of the DFR. Surely, not contacting me for nearly 2 years, when I'm leaving repeat messages is bad faith, then the horrific day you

3

grudgingly settle on my behalf, and destroy my life you still don't contact me, that's bad faith Mr Defense Attorney.

### 2. **Plaintiff cannot allege any relief that can be granted on a DFR claim.**

Attorney has made me aware of the fact that arbitrators do not grant grievants damages according to their pains and suffering,,, God is good!!! I would have had to bring this case anyway, because back pay and returning to work would not suffice. I Don't know about a DFR claim, but this Civil Claim has all pertinent and factual allegations intertwined and the relief of $4,400,000 is actually the wrong amount, my apologies, I called the clerk, who assured me this was fixed to $4,450,000, which is the corrected amount the jury will award me once this case commences and settles, and yes they are for everything I've gone through and still going through at present with USPS.

WHEREFORE, Petitioner moves the Court to grant this petition.

Respectfully submitted this the 22 day of **October**, 20_17_.

_____ **Petitioner**, *Pro Se*
Paulette A. Williams
3944 Suitland Rd. #103       (202) 270-2507
Suitland, MD 20746
Paulette.A.Williams@usps.gov